1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY S. SARGENT,

11          Petitioner,                    No. CIV S-07-2001 MCE EFB P

12       vs.

13   I.D. CLAY, Warden,

14          Respondent.                    ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  On January 29, 2008, petitioner requested an extension of time to file and serve a

18   traverse.  *See* Fed. R. Civ. P. 6(b).

19        Good cause appearing, it is ORDERED that petitioner's January 29, 2008, request for

20   extension of time is granted and petitioner has 30 days from the date this order is served to file

21   and serve a traverse.

22   DATED:  February 26, 2008.

23                                         _____
                                           EDMUND F. BRENNAN
24                                         UNITED STATES MAGISTRATE JUDGE

25

26